dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morse & Rogers v. Morris Meretzky.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James W. Osborne v. Agnes K. M. Mulligan.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Northern Bank of New York v. William G. Mulligan and Others.— Motion to dismiss appeal denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Northern Bank of New York v. Richard J. Bingham.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alfred W. Duckett v. Charles F. Hofferberth.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present —Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adamo Ciccarone v. Charles L. Doran Contracting Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isaac Levitzky v. Samuel Brown, Impleaded.— Motion to dismiss appeal denied, with leave to renew after determination of motion for resettlement of order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

David Kravetzky v. Jacob Schuster and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby v. Lancelot M. Berkeley.— Motion to dismiss appeal denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby v. Lancelot M. Berkeley.— Motion to dismiss appeal denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert A. Wray v. William D. Mann. (Action No. 1.) — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert A. Wray v. William D. Mann. (Action No. 1.) — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frank Duke v. The American Museum of Natural History.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Holmes Jones.— Motion to strike out denied. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.